B. INDIVIGLIO & SONS, a Copartnership Composed of BENJAMIN INDIVIGLIO and Others, v. LOUIS JOSEPH MICCIO and Others, Impleaded with HEATING & PLUMBING FINANCE CORP.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of MARTIN F. SHEA and THOMAS E. SHEA, as Executors, etc., of WILLIAM J. SHEA, Deceased, for an Order Transferring an Action from the Supreme Court, County of Nassau, and Consolidating the Same with Proceedings in the Above-Described Estate Pending in the Surrogate's Court, in the County of New York, etc. OLGA SHEA, Also Known as OLGA D. LENNOX. MARTIN F. SHEA and THOMAS E. SHEA.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GLADYS SCHWEBINSKI, as Administratrix de Bonis Non, etc., of LAWRENCE J. FORELLA, Deceased, v. THE NEW YORK CENTRAL RAILROAD COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARJORIE MILLER, as Administratrix, etc., of HILDA MILLER, Deceased, and Another, v. ALL-BOROUGH TRANSPORTATION CORP. and Another, Impleaded with UNION RAILWAY COMPANY OF NEW YORK CITY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

CHESTER W. BRYAN v. ATLAS ABRASIVES CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

MANUFACTURERS MUTUAL FIRE INSURANCE COMPANY OF RHODE ISLAND and Others and Also on Behalf of ASSOCIATED GAS & ELECTRIC COMPANY v. HOWARD C. HOPSON and Others. STANLEY CLARKE, as Trustee, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

CHARLES KENT GOULD v. NEW YORK LAW SCHOOL, INC., and EDMUND H. H. CADDY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Glennon and Untermyer, JJ.

RAYMOND CONCRETE PILE COMPANY, on Behalf of Itself and All Other Creditors of L. P. O'CONNOR, INC., etc., v. FEDERATION BANK AND TRUST COMPANY.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

DOLLY L. KAISER v. CHARLES KAISER.— Motion for reargument denied solely upon the ground that respondent is continuing, *pendente lite*, payment of the sum of $350 per month to appellant for her maintenance and support. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ARTHUR H. FRANKLIN, as Treasurer of the New York Stock Exchange, and Others, v. FAIRMAN R. DICK and Others.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 299.] Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.